## The Auditor General v. The Pullman Palace Car Company.

*Proceedings on appeal from an assessment of taxes: Review: Writ of error.*
Proceedings under the statute (*S. L. 1872, p. 89*), on an appeal to the
circuit court from an assessment of taxes made by the auditor general,
are not judicial in the proper sense of that term, and cannot be reviewed
on writ of error.

*Heard April 13. Decided April 18.*

Error to Ingham Circuit.

*Andrew J. Smith, Attorney General,* for plaintiff in error.

*S. F. Seager,* for defendant in error.

COOLEY, CH. J:

The writ of error in this case must be dismissed. The
proceedings had in the court below were on appeal from an
assessment of taxes made by the auditor general. The ap-
peal to that court was taken under act No. 57 of 1872
*(S. L. Vol. I, p. 89),* and the proceedings under that act
were evidently not intended to be judicial in the proper
sense of that term. The statute was evidently designed to
make the circuit court an appellate tax tribunal, and noth-
ing more. Its conclusion would not be a judgment, but
only an assessment.

There are difficulties in giving effect to such a statute,
but we do not think it expedient to consider them in this
proceeding, of which we clearly have no jurisdiction.

The other Justices concurred.